### JOHN ANDERSON *versus* DANIEL MULHOLLON.

JOURNAL ENTRIES (1830): *Journal 4:* (1) Decision *p. 424.
PAPERS IN FILE: [None]
*1824–36 Calendar,* MS p. 201.